**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-52894 | CMC | Judge: | Charles M. Caldwell | Trustee Name: | CHRISTAL L. CAUDILL |
|---|---|---|---|---|---|---|
| Case Name: | Liton Kumar Bhowmick | | | | Date Filed (f) or Converted (c): | 04/30/2016 (f) |
| | Tayde Cristina Estrada | | | | 341(a) Meeting Date: | 06/09/2016 |
| For Period Ending: | 06/28/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1572 Lafayette Drive Upper Arlington | 78,300.00 | 0.00 | | 0.00 | FA |
| 2. 2000 Toyota Celica | 200.00 | 0.00 | | 0.00 | FA |
| 3. 2007 Acura MDX | 9,000.00 | 3,975.00 | | 0.00 | 3,975.00 |
| 4. Household Goods and Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5. Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 6. Clothing and Shoes | 500.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Rings and Misc Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8. Checking PNC | 200.00 | 0.00 | | 0.00 | FA |
| 9. T&L Global Management LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10. N&K Holding Properties LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11. Building Maint Services LLC | Unknown | 0.00 | | 0.00 | FA |
| 12. TLB Trade Inc (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2015 Federal and State tax Refund | Unknown | Unknown | | 0.00 | Unknown |
| 14. 2015 Earned Income Credit and Additional Child Tax Credit | Unknown | Unknown | | 0.00 | Unknown |
| 15. 2016 Income Tax Refunds (u) | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2016 Earned Income Credit & Additional Child Tax Credit | 0.00 | 0.00 | | 0.00 | FA |
| 17. Life Insurance Term Policy | 0.00 | 0.00 | | 0.00 | FA |
| 18. Self Employment Income | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $89,400.00    $3,975.00    $0.00    $3,975.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 12/31/2017

Trustee Signature:     /s/ CHRISTAL L. CAUDILL     Date: 06/28/2016

CHRISTAL L. CAUDILL
3757 Attucks Drive
Powell, Ohio 43065
(614) 389-4940