**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-52894 |
| | : | |
| Liton Kumar Bhowmick | : | Chapter 7 |
| Tayde Cristina Estrada | : | |
| | : | Judge Charles M. Caldwell |
| Debtors. | : | |

## NOTICE OF PROPOSED PRIVATE SALE

PLEASE TAKE NOTICE that Christal L. Caudill, Trustee herein, whose address is 3757 Attucks Drive, Powell, Ohio 43065, proposes to sell the following property of the within estate to the buyers named herein for the price and on the terms and conditions set forth:

**Date of Sale:** On or after 22 days from the date of the mailing of this Notice.

**General Description of Property:**   2007 Acura MDX

**Buyer:** Debtors, Liton Kumar Bhowmick and Tayde Cristina Estrada

**Price:** $3,975

**Basis for Suggested Price:** Value on Debtors' Schedule B of their Bankruptcy Petition, after exemptions

**Term and conditions:** Cash, payments of $200.00 each month, beginning July 2016, with the remainder to be paid by turnover of 2016 income tax refunds

PLEASE TAKE FURTHER NOTICE that the Trustee may proceed with the proposed sale unless within twenty-one (21) days from the date of this Notice:

(1) a party in interest files a written objection, stating grounds for opposition and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtors <u>or</u>

(2) an entity files a notice of offer to purchase the property and a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtors.

Dated: __07/01/16__              /s/Christal L. Caudill
                                 Christal L. Caudill
                                 Chapter 7 Trustee
                                 3757 Attucks Drive
                                 Powell, Ohio 43065
                                 Telephone: (614) 389-4942
                                 Facsimile: (614) 389-3857
                                 clcaudill@caudill-law.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate of copy of the attached Notice of Proposed Private Sale was served upon all parties on the attached list by electronic and/or ordinary U.S. Mail, postage prepaid, this <u>1st</u> day of <u>July 2016</u>

                                 /s/Christal L. Caudill
                                 Christal L. Caudill

**SERVED ELECTRONICALLY:**

US Trustee

Mina Nami Khorrami
Mina Nami Khorrami, LLC

Jeffrey J Madison
Lane Alton
Two Miranova Place, Suite 220
Columbus, OH 43215

**VIA ORDINARY MAIL:**

Attached list excepting Christal L. Caudill, Mina Khorrami, Jeffrey Madison and United States Bankruptcy Court

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:16-bk-52894<br>Southern District of Ohio<br>Columbus<br>Fri Jul  1 12:11:15 EDT 2016 | Apelles<br>3700 Corporate Drive<br>Suite 240<br>Columbus, OH 43231-5001 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Baker & Hostetler<br>65 East State Street, Suite 2100<br>Columbus, OH 43215-4213 | Behal Law Group, LLLC<br>501 South High Street<br>Columbus, OH 43215-5601 | Liton Kumar Bhowmick<br>1572 Lafayette Drive<br>Upper Arlington, OH 43220-3867 |
| Brugler, Douglas<br>13611 BLYTHEFIELD TERRACE<br>Bradenton, FL 34202-2452 | Brugler, Douglas<br>5792 Medallion Drive West<br>Westerville, OH 43082-9583 | Brugler, Nancy<br>13611 BLYTHEFIELD TERRACE<br>Bradenton, FL 34202-2452 |
| Brugler, Nancy<br>5792 Medallion Drive West<br>Westerville, OH 43082-9583 | COMMERCIAL SERVICE SYSTEMS LLC<br>107 W JOHNSTOWN ROAD<br>Columbus, OH 43230-2714 | Cap1/Rhode<br>1405 Foulk Road<br>Wilmington, DE 19803-2769 |
| Carriage Hill Condominium Unit Owners As<br>1630 Oak Hill Road<br>Columbus, OH 43220-3849 | Christal L Caudill<br>3757 Attucks Drive<br>Powell, OH 43065-6080 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Comenity Bank/Vctrssec<br>Po Box 182789<br>Columbus, OH 43218-2789 | Conley, Brandi<br>1224 S. Pearl Street<br>Columbus, OH 43206-3428 | D & N HOLDING PROPERTIESLLC<br>C/O MERCURY AGENT COMPANY<br>250 WEST STATE STREET<br>Columbus, OH 43215 |
| Dennis Morrison, Esq<br>Lane Alton<br>Two Miranova Pl., Ste 220<br>Columbus, OH 43215-7050 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Tayde Cristina Estrada<br>1572 Lafayette Drive<br>Upper Arlington, OH 43220-3867 |
| Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227-1115 | Franklin County Prosecuting Attorney<br>373 South High Street, 17th Floor<br>Columbus, OH 43215-4591 | Franklin County Treasurer<br>373 South High Street<br>17th Floor<br>Columbus, OH 43215-4591 |
| Huntington National Bank<br>41 S. High Street<br>Columbus, OH 43215-6170 | Mina Nami Khorrami<br>Mina Nami Khorrami, LLC<br>115 West Main Street<br>Suite LL-50<br>Columbus, OH 43215-5099 | Jeffrey J Madison<br>Lane Alton<br>Two Miranova Place, Suite 220<br>Columbus, OH 43215-7050 |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Mularski, Bonham, Dittmer & Phillips LLC<br>107 W. Johnstown Road<br>Columbus, OH 43230-2714 | N & K Holdings Properties<br>721 N Rose Avenue<br>Columbus, OH 43219-2522 |

| | | |
|---|---|---|
| Ohio Attorney General<br>Collections Enforcement Section<br>150 East Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43266-0001 | PNC Bank, NA<br>222 Delaware Avenue<br>Wilmington, DE 19801-1637 |
| Peoplefirst Finance, LLC<br>PO Box 660068<br>Sacramento, CA 95866-0068 | Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 | Pnc Bank, N.A.<br>1 Financial Pkwy<br>Kalamazoo, MI 49009-8002 |
| Pncbank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 | Proxterior<br>721 N. Rose Avenue<br>Columbus, OH 43219-2522 | Proxterior, Inc.<br>c/o Karen Turner<br>5114 Wolf Run Drive<br>Columbus, OH 43230-1576 |
| Recovery One Llc<br>3240 Henderson Rd<br>Columbus, OH 43220-2300 | Schaeffer, Karl<br>6327 WINDRUSH LANE<br>Blacklick, OH 43004 | Schaeffer, Sue<br>6327 WINDRUSH LANE<br>Blacklick, OH 43004 |
| Small Business Administration<br>401 N. Front Street<br>Suite 200<br>Columbus, OH 43215-2240 | Small Business Administration<br>c/o National Guarantee Purchase Center<br>1145 Herndon Parkway<br>Herndon, VA 20170-5570 | Syncb/Care Credit<br>C/O Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/Tjx Cos Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 | T & L Global Management, LLC<br>721 N Rose Avenue<br>Columbus, OH 43219-2522 | Tayde C. Estrada<br>1572 Lafayette Dr<br>Columbus, OH 43220-3867 |
| The Huntington National Bank<br>c/o Jeffrey J. Madison<br>Two Miranova Place<br>Suite 220<br>Columbus, OH 43215-7050 | Third Federal S & L<br>7007 Broadway Ave<br>Cleveland, OH 44105-1490 | U.S. Attorney General<br>Attn: service of process<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| U.S. Attorney-Columbus<br>303 Marconi Blvd 2nd Floor<br>Columbus, OH 43215-2326 | Verizon<br>500 Technology Dr.<br>Saint Charles, MO 63304-2225 | (p)VON MAUR INC<br>6565 BRADY STREET<br>DAVENPORT IA 52806-2054 |
| Wolinetz Law Offices<br>250 Civic Center Drive<br>Suite 100<br>Columbus, OH 43215-5076 | Zacks Law Group, LLC<br>33 S James Road<br>3rd Floor<br>Columbus, OH 43213-1065 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Von Maur
6565 Brady
Davenport, IA 52806

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cap1/Bstby                    (u)varous subcontractors              End of Label Matrix
                                                                       Mailable recipients    55
                                                                       Bypassed recipients     2
                                                                       Total                  57